ACCEPTED
03-14-00510-CV
6543720
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/18/2015 1:56:45 PM
JEFFREY D. KYLE
CLERK



# FBH &F

FRITZ, BYRNE, HEAD & FITZPATRICK, PLLC

*Attorneys at Law*

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/18/2015 1:56:45 PM
JEFFREY D. KYLE
Clerk

August 18, 2015

***Via efile.gov***
Jeffrey D. Kyle, Clerk
Court of Appeals
Third District of Texas
P. O. Box 12547
Austin, Texas 78711-2547

    Re:    Court of Appeals Number: 03-14-00510-CV
           Trial Court Case Number: D-1-GB-13-002811
           *Noah S. Bunker, et al v. Tracy D. Strandhagen*

           Notification of Counsel Change of Address

Dear Mr. Kyle:

    This letter is to inform the Court that our firm name has changed to Fritz, Byrne, Head & Fitzpatrick, PLLC, our address has changed to 221 West 6th Street, Suite 960, Austin, TX 78701, and emails for the following attorneys have changed: Daniel H. Byrne (dbyrne@fbhf.com), Lessie G. Fitzpatrick (lfitzpatrick@fbhf.com), and Christine E. Burgess (cburgess@fbhf.com), counsel for Tracy Strandhagen, please reflect these changes.

    Should you need anything further from us, please do not hesitate to contact us.

                    Very truly yours,

                    Lessie G. Fitzpatrick

LGF/mpy
cc:    ***Via email atoaylor@textaxlaw.com***
       Amanda Taylor



*Value Driven . . . Client Oriented*

221 WEST SIXTH STREET    SUITE 960    AUSTIN TX 78701    (512) 476-2020    FAX: (512) 477-5267    WWW.FBHF.COM